172 A.3d 545

IN THE MATTER OF ROBERT B. DAVIS, AN ATTORNEY AT LAW (ATTORNEY NO. 001482005)

D–32 September Term 2017
080248

November 1, 2017

## ORDER

This matter having been duly presented, it is ORDERED that **ROBERT B. DAVIS** of **JERSEY CITY,** who was admitted to the bar of this State in 2005, and who was suspended from the practice of law for a period of one year, retroactive to February

27, 2012, by Order of this Court filed September 13, 2017, be restored to the practice of law, effective immediately.